AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Allen Bobo,<br>*Petitioner*<br>v.<br>Warden of Evans Correctional Institution.<br>*Respondent* | Civil Action No.  1:20-cv-03078-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other: Summary judgment is hereby entered for the respondent, Warden of Evans Correctional Institution. The petitioner, Allen Bobo, shall take nothing of the respondent and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting the respondent's motion for summary judgment.

Date:  April 22, 2021                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/L. Baker
                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*